## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>CNN INTERACTIVE GROUP, INC.,<br><br>           Defendant. | C.A. No. 12-1639-LPS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Clouding IP, LLC and CNN Interactive Group, Inc., ("CNN Interactive") pursuant to FED. R. CIV. P. 41(a)(1)(ii), hereby stipulate and agree, to dismiss WITH PREJUDICE Clouding IP, LLC's claims in the above-captioned action and to dismiss WITHOUT PREJUDICE CNN Interactive's counterclaims in the above-captioned action, with each party to bear its own costs, expenses, and attorneys' fees.

October 16, 2013

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (No. 922) | Jack B. Blumenfeld (No. 1014) |
| Stephen B. Brauerman (No. 4952) | 1201 North Market Street |
| Vanessa R. Tiradentes (No. 5398) | P.O. Box 1347 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19899 |
| P.O. Box 25130 | (302) 658-9200 |
| Wilmington, DE 19899 | jblumenfeld@mnat.com |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | *Attorney for Defendant CNN Interactive Group, Inc.* |
| sbrauerman@bayardlaw.com | |
| vtiradentes@ bayardlaw.com | |

*Attorneys for Plaintiff Clouding IP, LLC*